IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF, | CASE NO. C-1-02-367 (consolidated with C-1-02-359, C-1-02-388, C-1-02-431, and C-1-02-474) |
| vs. | |
| REAL PROPERTY KNOWN AND NUMBERED AS 2467 LEGENDS WAY, CRESTVIEW HILLS, KENTON COUNTY, KENTUCKY, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, et al., | SENIOR JUDGE SPIEGEL |
| DEFENDANTS. | |

## UNITED STATES MARSHAL'S RETURN

Now comes the United States Marshal for the Southern District of Ohio to inform the Court of the sale of the real property known and numbered as 11100 Harbour Yacht Court 42-C, Fort Meyers, Florida ("the subject real property"), pursuant to the terms of a STIPULATION TO SUBSTITUTE CASH IN LIEU OF REAL PROPERTY KNOWN AND NUMBERED AS 11000 HARBOUR YACHT COURT 42-C, FT. MEYERS, FLORIDA AND TO DISMISS REAL PROPERTY AS DEFENDANT, filed with the Court on September 12, 2003.

On July 31, 2003, title to the subject real property was transferred from John O. Finnan, Susan J. Finnan, Marc C. Menne, and Alice M. Menne to Smith Consultants, Inc. for a sale price equal to one hundred ninety thousand dollars and zero cents ($190,000.00). From sale proceeds, the following distributions were made:

1. Satisfaction of a mortgage in an amount equal to one hundred forty-six thousand, nine hundred sixty-nine dollars and sixty-three cents ($146,969.63);

2. Delinquent condominium fees in an amount equal to eight thousand, two hundred seventy-six dollars and five cents ($8,276.05);

3. 2003 real property taxes in an amount equal to two thousand, one hundred seventeen dollars and fourteen cents ($2,117.14); and,

4. Title, recording and transfer, and additional settlement charges in an amount equal to three thousand, six hundred eleven dollars and zero cents ($3,611.00).

Net sale proceeds represent an amount equal to twenty nine thousand, twenty-six dollars and eighteen cents ($29,026.18). The net sale proceeds have been deposited into the U.S. Marshals Service Seized Assets Deposit Fund where they shall remain pending further order of the Court. The Settlement Statement for this transaction dated July 31, 2003, is attached and incorporated as part of this U.S. Marshal's Return.

JAMES M. WAHLRAB
UNITED STATES MARSHAL

_9/12/03_
Date

Jason R. Wojdylo
Criminal Investigator/
Deputy U.S. Marshal