## A. SETTLEMENT STATEMENT

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ___ FHA  2. ___ FmHA  3. ___ Conv. Unins.  4. ___ VA  5. ___ Conv. Ins. | | 6. File Number: 02-6456 | 7. Loan Number: | 8. Mortgage Insurance Case Number | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| SMITH CONSULTANTS, INC.<br><br>15880 Summerlin Road, #300/102<br>Fort Myers, FL 33908 | JOHN O. FINNAN<br>SUSAN J. FINNAN<br>MARC C. MENNE<br>ALICE M. MENNE<br>1719 Champagne Avenue<br>Gulf Breeze, FL 32563 | |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 11100 Harbour Yacht Court, #42C<br>Fort Myers, FL 33908<br>Unit 42C, Building 4, Bellavista at<br>Gulf Harbour Yacht & Country Club | LAW OFFICES OF MARY V. PALUMBO, P.A.<br>TIN 65-0584079 | |
| | Place of Settlement<br>7980 SUMMERLIN LAKES DRIVE<br>SUITE 200<br>FORT MYERS, FL 33907 | I. Settlement Date<br>07/31/03<br>DD: 07/31/03 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 190,000.00 | 401. Contract sales price | 190,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 786.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 190,786.50 | 420. GROSS AMOUNT DUE TO SELLER | 190,000.00 |
| 200. Amounts Paid By or In Behalf of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 11,887.05 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan<br>WELLS FARGO HOME MORTGAGE, INC. | 146,969.63 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes  01/01 to 07/31 | 2,117.14 | 511. County taxes  01/01 to 07/31 | 2,117.14 |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 2,117.14 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 160,973.82 |
| 300. Cash At Settlement From or To Borrower | | 600. Cash At Settlement To or From Seller | |
| 301. Gross amount due from borrower (line 120) | 190,786.50 | 601. Gross amount due to seller (line 420) | 190,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 2,117.14 | 602. Less reduction amount due seller (line 520) | 160,973.82 |
| 303. CASH    FROM    BORROWER | 188,669.36 | 603. CASH    TO    SELLER | 29,026.18 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

SMITH CONSULTANTS, INC., A Florida Corporation

BY: _____ Buyer/Borrower        JOHN O. FINNAN    Seller
BY: Urban Boutin, Vice President  Buyer/Borrower   SUSAN J. FINNAN   Seller

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

RESPA, HB 4305.2 - REV. HUD-1 (3/86)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT  SETTLEMENT STATEMENT  PAGE 2

## L. SETTLEMENT CHARGES:  FILE #: 02-6456

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | | @ = | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | P.O.C. | | |
| 801. Loan Origination Fee | % | | | |
| 802. Loan Discount | % | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Loan Application Fee | to | | | |
| 807. Assumption Fee | to | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest from | to | @ $ /day Days | | |
| 902. Mortgage Insurance Premium for | to | | | |
| 903. Hazard Insurance Premium for | yrs to | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. Hazard Insurance | mo.@$ | /mo. | | |
| 1002. Mortgage Insurance | mo.@$ | /mo. | | |
| 1003. City property taxes | mo.@$ | /mo. | | |
| 1004. County property taxes | mo.@$ | /mo. | | |
| 1005. Annual Assessments | mo.@$ | /mo. | | |
| 1006. | mo.@$ | /mo. | | |
| 1007. | mo.@$ | /mo. | | |
| 1008. | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee | to | LAW OFFICES OF MARY V. PALUMBO, P.A. | | 250.00 |
| 1102. Abstract or title search | to | AMERICAN PIONEER TITLE COMPANY | | 75.00 |
| 1103. Title examination | to | LAW OFFICES OF MARY V. PALUMBO, P.A. | | 100.00 |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | LAW OFFICES OF MARY V. PALUMBO, P.A. | | 500.00 |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (Includes above items No: 1107 | | ) | | |
| 1108. Title insurance | to | LAW OFFICES OF MARY V. PALUMBO, P.A. | | 1,025.00 |
| (Includes above items No: 1108 | | ) | | |
| 1109. Lender's coverage $ | | | | |
| 1110. Owner's coverage $ | 190,000.00 ---- 1025.00 | | | |
| 1111. Shipping & Handling Fees | LAW OFFICES OF MARY V. PALUMBO, P.A. | | | 150.00 |
| 1112. | | | | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording fees | Deed $ 16.50 ; Mortgage $ | ; Releases $ 6.00 | 16.50 | 6.00 |
| 1202. City/county/stamps | Deed $ ; Mortgage $ | | | |
| 1203. State tax/stamps | Deed $ 1,330.00 ; Mortgage $ | | | 1,330.00 |
| 1204. | | | | |
| 1205. Record Release of LP/Condo Lien | | | | 25.00 |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest/Home inspection | to | | | |
| 1303. Document Preparation | BENSON'S, INC. | | | 150.00 |
| 1304. Condo Maint/Late Chg/Atty Fees BELLAVISTA AT GULF HARBOUR | | | 770.00 | 8,276.05 |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | | | 786.50 | 11,887.05 |

IF RE-PRORATION OF TAXES IS NECESSARY WHEN 2002 TAX BILLS ARE ISSUED, THE PARTIES AGREE TO HANDLE SAID RE-PRORATION BETWEEN THEMSELVES. I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

SMITH CONSULTANTS, INC. a Florida Corporation

BY: _____  Buyer/Borrower      JOHN J. FINNAN  Seller

BY: Urban Boutin, Vice President  Buyer/Borrower      SUSAN J. FINNAN  Seller

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

LAW OFFICES OF MARY V. PALUMBO, P.A.      Date 7/3/03

RESPA, HB 4305.2 -- REV. HUD-1 (3/86)

LAW OFFICES OF MARY V. PALUMBO, P.A. / CLIENTS TRUST ACCOUNT #2B       5509

FILE #: 02-6456    AMOUNT: $29,026.18    DATE: 07/31/03    CODE:
                                                           ALT:

PAYEE:      -- UNITED STATES MARSHALL SERVICES
               MIDDLE DISTRICT OF FLORIDA
SELLER(S)   -- JOHN O. FINNAN and SUSAN J. FINNAN
               MARC C. MENNE and ALICE M. MENNE
BUYER(S)    -- SMITH CONSULTANTS, INC.

PROPERTY LOCATION --
11100 Harbour Yacht Court, #42C, Fort Myers, FL 33908
Unit 42C, Building 4, Bellavista at, Gulf Harbour Yacht & Country Club

Net Proceeds of Sale

---

**LAW OFFICES OF MARY V. PALUMBO, P.A.**
**CLIENTS TRUST ACCOUNT #2B**
7980 SUMMERLIN LAKES DRIVE, SUITE 200
FORT MYERS, FL 33907-1830

BUSEY BANK FLORIDA
7980 SUMMERLIN LAKES DR
FORT MYERS, FL 33907-1818

63-9231/670

CHECK NO.  5509

FILE #: 02-6456       5509

TWENTY-NINE THOUSAND TWENTY-SIX AND 18/100 DOLLARS ***

DATE         AMOUNT
07/31/03     ******$29,026.18*

PAY TO THE ORDER OF

UNITED STATES MARSHALL SERVICES
MIDDLE DISTRICT OF FLORIDA
801 North Florida Avenue, 4th Floor
Tampa, FL 33602-4519

*[signature]*
AUTHORIZED SIGNATURE

⑈005509⑈ ⑆067092310⑆ 717150⑈ 133⑈ 7⑈

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

---

LAW OFFICES OF MARY V. PALUMBO, P.A. / CLIENTS TRUST ACCOUNT #2B       5509

FILE #: 02-6456    AMOUNT: $29,026.18    DATE: 07/31/03    CODE:
                                                           ALT:

PAYEE:      -- UNITED STATES MARSHALL SERVICES
               MIDDLE DISTRICT OF FLORIDA
SELLER(S)   -- JOHN O. FINNAN and SUSAN J. FINNAN
               MARC C. MENNE and ALICE M. MENNE
BUYER(S)    -- SMITH CONSULTANTS, INC.

PROPERTY LOCATION --
11100 Harbour Yacht Court, #42C, Fort Myers, FL 33908
Unit 42C, Building 4, Bellavista at, Gulf Harbour Yacht & Country Club

Net Proceeds of Sale

437598  LNDTCH-01/1312  PROD054  Reorder from BEST CHECKS, 100 Executive Dr., Unit 1, Dulles, VA 20166 • Phone: 1-800-521-9619 • www.bestchecks.com   G1MF-030204

** TOTAL PAGE.04 **