# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **PLAINTIFF,** | : | **CASE NO. 1:02 cv 367** |
| | : | **(consolidated with C-1-02-359,** |
| **V.** | : | **C-1-02-388, C-1-02-431, and** |
| | : | **C-1-02-474)** |
| **REAL PROPERTY KNOWN AND** | : | |
| **NUMBERED AS 2467 LEGENDS WAY,** | : | **SENIOR JUDGE SPIEGEL** |
| **CRESTVIEW HILLS, KENTON** | : | |
| **COUNTY, KENTUCKY , WITH ALL** | : | |
| **APPURTENANCES, IMPROVEMENTS,** | : | |
| **AND ATTACHMENTS THEREON, et al.** | : | |
| **DEFENDANTS.** | : | |
| | : | |

## UNITED STATES' MOTION TO DISMISS REAL PROPERTY KNOWN AND NUMBERED AS 11100 HARBOUR YACHT COURT 42-C, FORT MYERS, FLORIDA

The United States, by and through the undersigned Assistant United States Attorney for the Southern District of Ohio, moves this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing real property known and numbered as 11100 Harbour Yacht Court 42-C, Fort Myers, Lee County, Florida, ("the subject real property"), which is further described as follows:

Situate, lying and being in the County of Lee, State of Florida to wit:

CONDOMINIUM PARCEL:  UNIT 42-C, BUILDING 4, BELLAVISA AT GULF HARBOUR YACHT & COUNTRY CLUB CONDOMINIUM, according to the plat thereof recorded in Condominium Plat Book 26, pages 33 to 38 incl.; and being further described in that certain Declaration of Condominium recorded in Official Records Book 3053, page 2460, and Amendment thereto recorded in Official Records Book 03198, page 1720, and Condominium Plat Book 27, pages 32 to 35 incl.; and Amendment thereto recorded in Official Record Book 03207, page 0534 and Condominium Plat Book 27, pages 41-42, public records of Lee County, Florida.

The United States and the prior record owners of the subject real property, John O.

*11100harbourmotdis.fnl.wpd*

Finnan and Susan J. Finnan and Marc C. Menne and Alice M. Menne, stipulated to the sale of

the subject real property to a third party.  Under the terms of the sale, all valid liens on the

property were paid; thereafter, the parties stipulated that the remaining equity would be

substituted and added as a defendant in this civil forfeiture action (Doc. 142).

Therefore, the United States respectfully requests that the Court issue an order dismissing

the subject real property from the verified Complaint for Forfeiture in Rem filed with this Court

on May 30, 2002.

<div style="margin-left:40%">

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


**s/Kathleen M. Brinkman**
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513) 684-3711
Fax:  (513) 684-6385
Kathleen.Brinkman@usdoj.gov

</div>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion to Dismiss was served on this 19th

day of September, electronically on: Richard Boydston; Geraldine M. Johnson; Cynthia M.

Roselle; Susan Grogan Faller; Earl K. Messer; Michael L. Scheier; Glenn V. Whitaker; and by

regular U.S. Mail on the following:

*11100harbourmotdis.fnl.wpd*                    2

Bruce R. Schrader, II
Attorney for Bellavista at Gulf Harbour
Yacht & Country Club Condo. Assoc.
Roetzell & Andress
222 South Main Street, Suite 400
Akron, Ohio 44308

Thomas D. Heekin, Jr.
Attorney for Richard W. Erpenbeck
Heekin & Heekin
30 East Central Parkway, Suite 111
Cincinnati, Ohio 45202

Susan J. Moeller
Attorneys for Provident Bank
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

Kent A. Britt
Attorney for A.William & Marcia
Erpenbeck
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street, Suite 2000
P.O. Box 0236
Cincinnati, Ohio 45201

Michael T. Sutton
Attorney for Lisa Hellman
Sutton, Hicks, Lucas, Grayson & Braden
7801 U.S. 42
Florence, Kentucky 41042

James L. Nieberding
Attorney for Guardian Savings Bank FSB
Nieberding & Nieberding Co., LPA
914 Main Street, Suite 500
Cincinnati, Ohio 45202

Tamara A. Miano
Attorneys for U.S. Bank, N.A.
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Dennis R. Williams
Attorney for Fifth Third Bank, Western
Ohio
Adams, Stepner, Woltermann & Dusing
40 West Pike Street
Covington, Kentucky 41012

James T. Hodge
Attorney for Union Planters Bank, N.A.
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507

Harry P. Hellings, Jr.
Attorney for Marc & Alice Menne
214 East Fourth Street
Covington, Kentucky 41011

John A. Schuh
Attorney for John & Susan Finnan
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Jeffrey S. Rosenstiel
Attorney for Eaton National Bank & Trust
and Bank of Corbin
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

Jeffery R. Rush
Attorney for Eaton National Bank & Trust
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

John R. Kummer
Attorney for First National Bank of
Northern Kentucky
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
Edgewood, Kentucky 41017

                                        **s/Kathleen M. Brinkman**
                                        _____
                                        KATHLEEN M. BRINKMAN (0016269)
                                        Assistant United States Attorney