UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     PLAINTIFF, | : | CASE NO. 1:02 cv 367 |
| | : | (consolidated with C-1-02-359, |
| V. | : | C-1-02-388, C-1-02-431, and |
| | : | C-1-02-474) |
| REAL PROPERTY KNOWN AND | : | |
| NUMBERED AS 2467 LEGENDS WAY, | : | SENIOR JUDGE SPIEGEL |
| CRESTVIEW HILLS, KENTON | : | |
| COUNTY, KENTUCKY , WITH ALL | : | |
| APPURTENANCES, IMPROVEMENTS, | : | |
| AND ATTACHMENTS THEREON, et al. | : | |
|     DEFENDANTS. | : | |
| | : | |

**RELEASE OF LIS PENDENS**

Plaintiff the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Ohio, hereby releases the Lis Pendens filed on May 21, 2002, with the Clerk of this Court, against 11100 Harbour Yacht Court 42-C, Fort Myers, Lee County, Florida, which is further described as follows:

Situate, lying and being in the County of Lee, State of Florida to wit:

CONDOMINIUM PARCEL:  UNIT 42-C, BUILDING 4, BELLAVISA AT GULF HARBOUR YACHT & COUNTRY CLUB CONDOMINIUM, according to the plat thereof recorded in Condominium Plat Book 26, pages 33 to 38 incl.; and being further described in that certain Declaration of Condominium recorded in Official Records Book 3053, page 2460, and Amendment thereto recorded in Official Records Book 03198, page 1720, and Condominium Plat Book 27, pages 32 to 35 incl.; and Amendment thereto recorded in Official Record Book 03207, page 0534 and Condominium Plat Book 27, pages 41-42, public records of Lee County, Florida.

*11100harbourreleasedc.fnl.wpd*

Dated this 19th day of September, 2003.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney


        **s/Kathleen M. Brinkman**
        KATHLEEN M. BRINKMAN (0016269)
        Assistant United States Attorney
        Attorney for Plaintiff
        221 East Fourth Street, Suite 400
        Cincinnati, Ohio  45202
        (513) 684-3711
        Fax:  (513) 684-6385
        Kathleen.Brinkman@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served on this 19th day of September, electronically on: Richard Boydston; Geraldine M. Johnson; Cynthia M. Roselle; Susan Grogan Faller; Earl K. Messer; Michael L. Scheier; Glenn V. Whitaker; and by regular U.S. Mail on the following:

| | |
|---|---|
| Bruce R. Schrader, II<br>Attorney for Bellavista at Gulf Harbour<br>Yacht & Country Club Condo. Assoc.<br>Roetzell & Andress<br>222 South Main Street, Suite 400<br>Akron, Ohio 44308 | Susan J. Moeller<br>Attorneys for Provident Bank<br>Keating, Muething & Klekamp, P.L.L.<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, Ohio 45202 |
| Thomas D. Heekin, Jr.<br>Attorney for Richard W. Erpenbeck<br>Heekin & Heekin<br>30 East Central Parkway, Suite 111<br>Cincinnati, Ohio 45202 | Kent A. Britt<br>Attorney for A.William & Marcia Erpenbeck<br>Vorys, Sater, Seymour and Pease LLP<br>221 East Fourth Street, Suite 2000<br>P.O. Box 0236<br>Cincinnati, Ohio 45201 |

*11100harbourreleasedc.fnl.wpd*

Michael T. Sutton
Attorney for Lisa Hellman
Sutton, Hicks, Lucas, Grayson & Braden
7801 U.S. 42
Florence, Kentucky 41042

James L. Nieberding
Attorney for Guardian Savings Bank FSB
Nieberding & Nieberding Co., LPA
914 Main Street, Suite 500
Cincinnati, Ohio 45202

Tamara A. Miano
Attorneys for U.S. Bank, N.A.
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Dennis R. Williams
Attorney for Fifth Third Bank, Western OH
Adams, Stepner, Woltermann & Dusing
40 West Pike Street
Covington, Kentucky 41012

James T. Hodge
Attorney for Union Planters Bank, N.A.
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507

Harry P. Hellings, Jr.
Attorney for Marc & Alice Menne
214 East Fourth Street
Covington, Kentucky 41011

John A. Schuh
Attorney for John & Susan Finnan
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Jeffrey S. Rosenstiel
Attorney for Eaton National Bank & Trust
and Bank of Corbin
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

Jeffery R. Rush
Attorney for Eaton National Bank & Trust
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

John R. Kummer
Attorney for First National Bank of
Northern Kentucky
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
Edgewood, Kentucky 41017

**s/Kathleen M. Brinkman**
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney

*11100harbourreleasedc.fnl.wpd*