UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | NO. 1:02-CV-00367 |
| Plaintiff, : | |
| : | |
| : | **ORDER** |
| v.   : | |
| : | |
| : | |
| REAL PROPERTY KNOWN AND : | |
| NUMBERED AS 2467 LEGENDS WAY, : | |
| CRESTVIEW HILLS, KENTON : | |
| COUNTY, KY, WITH ALL : | |
| APPURTENANCES, IMPROVEMENTS, : | |
| AND ATTACHMENTS THEREON, : | |
| et al., : | |
| : | |
| Defendants. : | |

      On May 24, 2002, Plaintiff United States of America filed a Verified Complaint for Forfeiture in Rem seeking forfeiture of a number of real estate parcels (doc. 1). On September 19, 2003, the United States moved to dismiss certain real property located in Fort Myers, Florida from the instant suit (doc. 144). The United States and the prior record owners of this property have stipulated to its sale to a third party and that all proceeds remaining after satisfaction of all valid liens on the property will be substituted as a defendant in this action.

      Upon considering these declarations and circumstances of the suit, the Court finds the motion well founded. Accordingly, Plaintiff's motion (doc. 144) is GRANTED. The real property known and numbered as 11100 Harbour Yacht Court 42-C, Fort Meyers, Lee

County, Florida, further described as

> Situate, lying and being in the County of Lee, State of Florida, to wit:
>
> CONDOMINIUM PARCEL: UNIT 42-C, BUILDING 4, BELLAVISA AT GULF HARBOUR YACHT & COUNTRY CLUB CONDOMINIUM, according to the plat thereof recorded in Condominium Plat Book 26, pages 33 to 38 incl.; and being further described in that certain Declaration of Condominium recorded in Official Records Book 3053, page 2460, and Amendment thereto recorded in Official Records Book 03198, page 1720, and Condominium Plat Book 27, pages 32 to 35 incl.; and Amendment thereto recorded in Official Record Book 03207, page 0534 and Condominium Plat Book 27, pages 41-42, public records of Lee County, Florida[]

is hereby DISMISSED from the instant action.

    SO ORDERED.

Dated: November 19, 2003    /s/ S. Arthur Spiegel
                                            S. Arthur Spiegel
                                            United States Senior District Judge