UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          :<br>         PLAINTIFF,                               :<br>                                                        :<br>V.                                                    :<br>                                                        :<br>REAL PROPERTY KNOWN AND      :<br>NUMBERED AS 2467 LEGENDS WAY, :<br>CRESTVIEW HILLS, KENTON         :<br>COUNTY, KENTUCKY , WITH ALL   :<br>APPURTENANCES, IMPROVEMENTS,:<br>AND ATTACHMENTS THEREON, et al.,:<br>         DEFENDANTS.                         :<br>                                                        : | CASE NO. 1:02-cv-367<br>(consolidated with 1:02-cv-359,<br>1:02-cv-388, 1:02-cv-431, and<br>1:02-cv-474)<br><br>SENIOR JUDGE SPIEGEL |

## RELEASE OF LIS PENDENS

Plaintiff the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Ohio, hereby releases the Lis Pendens filed on May 30, 2002, with the Clerk of this Court, against 660-5 Friars Lane, Florence, Boone County, Kentucky, which is further described as follows:

GROUP #: 4106

Being all of Unit Five (5) in Building Twenty-Five (25), Lot Twenty-Five (25), Section Sixteen (16), of Sherwood Lakes Condominiums, as shown on Plat 588A of the Boone County Clerk's records at Burlington, Kentucky.

This unit is subject to terms, conditions and provisions of the Declaration of Master Deed of Sherwood Lakes Condominiums set forth in Deed Book 614 Page 19 of said records, and as amended or supplemented.

Dated this 27th day of May, 2004.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


**s/Kathleen M. Brinkman**
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513) 684-3711
Fax:  (513) 684-6385
Kathleen.Brinkman@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Release of Lis Pendens was served on this 27th day of May, 2004, electronically on:  Richard Boydston; Geraldine M. Johnson; Cynthia M. Roselle; Susan Grogan Faller; Earl K. Messer; Michael L. Scheier; Glenn V. Whitaker; and by regular U.S. Mail on the following:

| | |
|---|---|
| Bruce R. Schrader, II<br>Attorney for Bellavista at Gulf Harbour<br>Yacht & Country Club Condo. Assoc.<br>Roetzell & Andress<br>75 East Market Street<br>Akron, Ohio 44308 | Susan J. Moeller<br>Attorney for Provident Bank<br>Keating, Muething & Klekamp, P.L.L.<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, Ohio 45202 |
| Thomas D. Heekin, Jr.<br>Attorney for Richard W. Erpenbeck<br>Heekin & Heekin<br>30 East Central Parkway, Suite 111<br>Cincinnati, Ohio 45202 | Kent A. Britt<br>Attorney for A.William & Marcia Erpenbeck<br>Vorys, Sater, Seymour and Pease LLP<br>221 East Fourth Street, Suite 2100<br>Cincinnati, Ohio 45201 |

Michael T. Sutton
Attorney for Lisa Hellman
Sutton, Hicks, Lucas, Grayson & Braden
130 Dudley Road
Edgewood, Kentucky 41017

James L. Nieberding
Attorney for Guardian Savings Bank FSB
Nieberding & Nieberding Co., LPA
914 Main Street, Suite 500
Cincinnati, Ohio 45202

Tamara A. Miano
Attorney for U.S. Bank, N.A.
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Dennis R. Williams
Attorney for Fifth Third Bank, Western Ohio
Adams, Stepner, Woltermann & Gusind
40 West Pike Street
Covington, Kentucky 41012

James T. Hodge
Attorney for Union Planters Bank, N.A.
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40502

Harry P. Hellings, Jr.
Attorney for Marc & Alice Menne
214 East Fourth Street
Covington, Kentucky 41011

John A. Schuh
Attorney for John & Susan Finnan
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Jeffrey S. Rosenstiel
Attorney for Bank of Corbin
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

John R. Kummer
Attorney for First National Bank of Northern Kentucky
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
P.O. Box 17718
Edgewood, Kentucky 41017

**s/Kathleen M. Brinkman**
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney