UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     PLAINTIFF, | : | CASE NO. 1:02-cv-367 |
| | : | (consolidated with 1:02-cv-359, |
| V. | : | 1:02-cv-388, 1:02-cv-431, and |
| | : | 1:02-cv-474) |
| REAL PROPERTY KNOWN AND | : | |
| NUMBERED AS 2467 LEGENDS WAY, | : | SENIOR JUDGE SPIEGEL |
| CRESTVIEW HILLS, KENTON | : | |
| COUNTY, KENTUCKY , WITH ALL | : | |
| APPURTENANCES, IMPROVEMENTS, | : | |
| AND ATTACHMENTS THEREON, et al., | : | |
|     DEFENDANTS. | : | |
| | : | |

## RELEASE OF LIS PENDENS

Plaintiff the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Ohio, hereby releases the Lis Pendens filed on May 21, 2002, with the Clerk of this Court, against 988 Appleblossom Drive, Villa Hills, Kenton County, Kentucky, which is further described as follows:

GROUP #:  5076
PIDN:  013-30-01-003.00

The real property is further described as:

Being all of Lot Three (3) in Seven (7) of The Orchard Subdivision, as shown on
Plat 1801 of the Kenton County Clerk's records at Covington, Kentucky.

Dated this 17th day of June, 2004.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney


    s/Kathleen M. Brinkman
    KATHLEEN M. BRINKMAN (0016269)
    Assistant United States Attorney
    Attorney for Plaintiff
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio  45202
    (513) 684-3711
    Fax:  (513) 684-6385
    Kathleen.Brinkman@usdoj.gov


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Release of Lis Pendens was served on this 17th day of June, 2004, electronically on:  Richard Boydston, Attorney for Union Planters Bank National Association; Kent Allen Britt, Attorney for Attorney for A. William Erpenbeck and Marcia Erpenbeck; Susan Grogan Faller, Attorney for Bank of Corbin; Thomas D. Heekin, Attorney for Richard W. Erpenbeck; Geraldine M. Johnson, Attorney for Bellavista at Gulf Harbour Yacht & Country Club Condominium Association; Earl K. Messer, Attorney for US Bank N.A.; James L. Nieberding, Attorney for Guardian Savings Bank FSB; Cynthia M. Roselle, Attorney for Wells Fargo Home Mortgage; Jeffrey S. Rosenstiel, Attorney for Bank of Corbin; Michael L. Scheier, Attorney for Provident Bank; and Glenn V. Whitaker, Attorney for A. William Erpenbeck and Marcia Erpenbeck; and by regular U.S. Mail on the following:

| | |
|---|---|
| Harry P. Hellings, Jr. | James T. Hodge |
| Attorney for Marc & Alice Menne | Attorney for Union Planters Bank, N.A. |
| 214 East Fourth Street | Wyatt, Tarrant & Combs, LLP |
| Covington, Kentucky 41011 | 250 West Main Street, Suite 1600 |
| | Lexington, Kentucky 40502 |

John R. Kummer
Attorney for First National Bank of
Northern Kentucky
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
P.O. Box 17718
Edgewood, Kentucky 41017

Tamara A. Miano
Attorney for U.S. Bank, N.A.
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Susan J. Moeller
Attorney for Provident Bank
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

Bruce R. Schrader, II
Attorney for Bellavista at Gulf Harbour
Yacht & Country Club Condo. Assoc.
Roetzell & Andress
75 East Market Street
Akron, Ohio 44308

John A. Schuh
Attorney for John & Susan Finnan
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Michael T. Sutton
Attorney for Lisa Hellman
Sutton, Hicks, Lucas, Grayson & Braden
130 Dudley Road
Edgewood, Kentucky 41017

Dennis R. Williams
Attorney for Fifth Third Bank, Western
Ohio
Adams, Stepner, Woltermann & Gusind
40 West Pike Street
Covington, Kentucky 41012

s/Kathleen M. Brinkman
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney