UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     PLAINTIFF, | : | CASE NO. 1:02-cv-367 |
| | : | (consolidated with 1:02-cv-359, |
| V. | : | 1:02-cv-388, 1:02-cv-431, and |
| | : | 1:02-cv-474) |
| REAL PROPERTY KNOWN AND | : | |
| NUMBERED AS 2467 LEGENDS WAY, | : | |
| CRESTVIEW HILLS, KENTON | : | |
| COUNTY, KENTUCKY , WITH ALL | : | |
| APPURTENANCES, IMPROVEMENTS, | : | |
| AND ATTACHMENTS THEREON, et al., | : | |
|     DEFENDANTS. | : | |
| | : | |

**ORDER DISMISSING REAL PROPERTY KNOWN AND
NUMBERED AS 660-5 FRIARS LANE, FLORENCE, KENTUCKY**

The United States has moved this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing real property known and numbered as 660-5 Friars Lane, Florence, Boone County, Kentucky ("the subject real property"), which is further described as follows:

> Being all of Unit Five (5) in Building Twenty-Five (25), Lot Twenty-Five (25), Section Sixteen (16), of Sherwood Lakes Condominiums, as shown on Plat 588A of the Boone County Clerk's records at Burlington, Kentucky.
>
> This unit is subject to terms, conditions and provisions of the Declaration of Master Deed of Sherwood Lakes Condominiums set forth in Deed Book 614 Page 19 of said records, and as amended or supplemented.

The United States has agreed to the sale of the subject real property by the record owner, BOC Asset Corporation, to a third party. The gross contract price is less than the amount of the mortgage held by Bank of Corbin on the subject real property; thus, no equity will remain in the property which the United States can forfeit.

No parties or entities have raised an objection to the United States' request for dismissal

of the subject real property.  Therefore, this Court hereby

  DISMISSES the subject real property, under Fed.R.Civ.P. 41(a)(2), from this consolidated civil forfeiture action without prejudice.


| August 10, 2004 | s/S. Arthur Spiegel |
|---|---|
| Date | S. Arthur Spiegel |
| | SENIOR UNITED STATES DISTRICT JUDGE |