UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY KNOWN AND<br>NUMBERED AS 2467 LEGENDS WAY,<br>CRESTVIEW HILLS, KENTON<br>COUNTY, KENTUCKY , WITH ALL<br>APPURTENANCES, IMPROVEMENTS,<br>AND ATTACHMENTS THEREON, et al.,<br>    DEFENDANTS. | CASE NO. C-1-02-367<br>(consolidated with C-1-02-359,<br>C-1-02-388, C-1-02-431, and<br>C-1-02-474)<br><br>SENIOR JUDGE SPIEGEL |

### UNITED STATES' MOTION TO DISMISS REAL PROPERTY KNOWN AND NUMBERED AS 14354 HARBOUR LINKS COURT 3-B, FORT MYERS, FLORIDA

The United States, by and through the undersigned United States Attorney for the Southern District of Ohio, moves this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing real property known and numbered as 14354 Harbour Links Court 3-B, Fort Myers, Lee County, Florida, ("the subject real property"), which is further described as follows:

Situate, lying and being in the County of Lee, State of Florida to wit:

CONDOMINIUM PARCEL: UNIT 3-B, HARBOUR LINKS CONDOMINIUM, according to the Declaration of Condominium recorded in Official Records Book 2862, Page 350, and according to the plat recorded in Condominium Plat Book 24, Pages 64 to 71 incl.; and Amendment recorded in Official Records Book 2957, Page 1976, and the plat recorded in Condominium Plat Book 25, Page 42 to 47, inclusive of the public records of Lee County, Florida, together with an undivided share in the common elements appurtenant thereto.

The United States and the record owner of the subject real property, Marcia Erpenbeck, agreed to the sale of the subject real property to a third party and that the United States will not forfeit the subject real property. Instead, A. William Erpenbeck, Jr. will forfeit to the United

States in a related criminal case (1:03-cr-050) the net proceeds from the sale of the subject real property by Marcia Erpenbeck.

      Therefore, the United States respectfully requests that the Court issue an order dismissing the subject real property from the verified Complaint for Forfeiture in Rem filed with this Court on May 21, 2002.

                                                  Respectfully submitted,

                                                  GREGORY G. LOCKHART
                                                  United States Attorney

                                                  s/Kathleen M. Brinkman
                                                  KATHLEEN M. BRINKMAN (0016269)
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff
                                                  221 East Fourth Street, Suite 400
                                                  Cincinnati, Ohio  45202
                                                  (513) 684-3711
                                                  Fax:  (513) 684-6385
                                                  Kathleen.Brinkman@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Dismiss was served on this 30th day of September, 2004, electronically on:  Richard Boydston, Attorney for Union Planters Bank National Association; Kent Allen Britt, Attorney for Attorney for A. William Erpenbeck and Marcia Erpenbeck; Susan Grogan Faller, Attorney for Bank of Corbin; Thomas D. Heekin, Attorney for Richard W. Erpenbeck; Geraldine M. Johnson, Attorney for Bellavista at Gulf Harbour Yacht & Country Club Condominium Association; Earl K. Messer, Attorney for US Bank N.A.; James L. Nieberding, Attorney for Guardian Savings Bank FSB; Cynthia M. Roselle, Attorney for Wells Fargo Home Mortgage; Jeffrey S. Rosenstiel, Attorney for Bank of Corbin; Michael L. Scheier, Attorney for Provident Bank; and Glenn V. Whitaker, Attorney for A. William Erpenbeck and Marcia Erpenbeck; and by regular U.S. Mail on the following:

Harry P. Hellings, Jr.
Attorney for Marc & Alice Menne
214 East Fourth Street
Covington, Kentucky 41011

James T. Hodge
Attorney for Union Planters Bank, N.A.
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40502

John R. Kummer
Attorney for First National Bank of
Northern Kentucky
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
P.O. Box 17718
Edgewood, Kentucky 41017

Tamara A. Miano
Attorney for U.S. Bank, N.A.
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Susan J. Moeller
Attorney for Provident Bank
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

Bruce R. Schrader, II
Attorney for Bellavista at Gulf Harbour
Yacht & Country Club Condo. Assoc.
Roetzell & Andress
75 East Market Street
Akron, Ohio 44308

John A. Schuh
Attorney for John & Susan Finnan
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Michael T. Sutton
Attorney for Lisa Hellman
Sutton, Hicks, Lucas, Grayson & Braden
130 Dudley Road
Edgewood, Kentucky 41017

Dennis R. Williams
Attorney for Fifth Third Bank, Western
Ohio
Adams, Stepner, Woltermann & Gusind
40 West Pike Street
Covington, Kentucky 41012

s/Kathleen M. Brinkman
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney