## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE NO. C-1-02-367 |
| | : | (consolidated with C-1-02-359, |
| V. | : | C-1-02-388, C-1-02-431, and |
| | : | C-1-02-474) |
| REAL PROPERTY KNOWN AND | : | |
| NUMBERED AS 2467 LEGENDS WAY, | : | SENIOR JUDGE SPIEGEL |
| CRESTVIEW HILLS, KENTON | : | |
| COUNTY, KENTUCKY , WITH ALL | : | |
| APPURTENANCES, IMPROVEMENTS, | : | |
| AND ATTACHMENTS THEREON, et al., | : | |
| DEFENDANTS. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD

Pursuant to Local Rule 83.4(d), notice is hereby given that Donetta D. Wiethe, Assistant

United States Attorney, is hereby substituted as Trial Attorney of Record in the within cause for

the Plaintiff, United States of America, in the place and instead of Assistant United States

Attorney, Kathleen M. Brinkman.  This substitution is being made with the knowledge and

consent of the Plaintiff.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Kathleen M. Brinkman
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Kathleen.Brinkman @usdoj.gov

s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Donetta.Wiethe @usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel of Record

was served on this 20th day of October, 2004 electronically upon Richard Boydston; Kent Allen

Britt; Susan Grogan Faller; Thomas D. Heekin; Geraldine M. Johnson; Earl K. Messer; James L.

Nieberding; Cynthia M. Roselle; Jeffrey S. Rosenstiel; Michael L. Scheier; and Glenn V.

Whitaker; and by regular U.S. Mail on the following:

Harry P. Hellings, Jr.
Attorney for Marc & Alice Menne
214 East Fourth Street
Covington, Kentucky 41011

James T. Hodge
Attorney for Union Planters Bank, N.A.
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40502

John R. Kummer
Attorney for First National Bank of N. KY
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
P.O. Box 17718
Edgewood, Kentucky 41017

Tamara A. Miano
Attorney for U.S. Bank, N.A.
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Susan J. Moeller
Attorney for Provident Bank
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

John A. Schuh
Attorney for John & Susan Finnan
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Michael T. Sutton
Attorney for Lisa Hellman
Sutton, Hicks, Lucas, Grayson & Braden
130 Dudley Road
Edgewood, Kentucky 41017

Dennis R. Williams
Attorney for Fifth Third Bank, Western Ohio
Adams, Stepner, Woltermann & Gusind
40 West Pike Street
Covington, Kentucky 41012

Bruce R. Schrader, II
Attorney for Bellavista at Gulf Harbour Yacht &
Country Club Condo. Assoc.
Roetzell & Andress
75 East Market Street
Akron, Ohio 44308


s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney