UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY KNOWN AND<br>NUMBERED AS 2467 LEGENDS WAY,<br>CRESTVIEW HILLS, KENTON<br>COUNTY, KENTUCKY, WITH ALL<br>APPURTENANCES, IMPROVEMENTS,<br>AND ATTACHMENTS THEREON, et al.,<br>DEFENDANTS. | CASE NO. 1:02-cv-367<br>(consolidated with 1:02-cv-359,<br>1:02-cv-388, 1:02-cv-431, and<br>1:02-cv-474) |

### ORDER DISMISSING STOCK CERTIFICATES #2143 AND #2144

The United States has moved this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing from this consolidated civil forfeiture action the following stock certificates: 1.) Certificate #2143 for 16,893 shares of stock in Peoples Bancorporation of Northern Kentucky, Inc. in the name of John O. Finnan; and 2.) Certificate #2144 for 19,708 shares of stock in Peoples Bancorporation of Northern Kentucky, Inc. in the name of John O. Finnan (together "the subject property").

The United States has represented that, upon dismissal of the subject property in this consolidated civil forfeiture action, the United States will release the subject property to Peoples Bank of Northern Kentucky, Inc. in conformity with the Plea Agreement of John O. Finnan in the criminal case in the Eastern District of Kentucky (04-cr-46) and the Consent Judgment of Forfeiture (Doc. 152) in this consolidated civil forfeiture case.

No person other than John O. Finnan has claimed an interest in the subject property. Therefore, this Court hereby

DISMISSES the subject property, under Fed.R.Civ.P. 41(a)(2), from this consolidated civil forfeiture action without prejudice and directs the United States to release the subject property to Peoples Bank of Northern Kentucky, Inc. in conformity with the Plea Agreement of John O. Finnan and the Consent Judgment of Forfeiture.

11/9/04
Date

S. Arthur Spiegel
SENIOR UNITED STATES DISTRICT JUDGE