UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY KNOWN AND<br>NUMBERED AS 2467 LEGENDS WAY,<br>CRESTVIEW HILLS, KENTON<br>COUNTY, KENTUCKY, WITH ALL<br>APPURTENANCES, IMPROVEMENTS,<br>AND ATTACHMENTS THEREON, et al.,<br>      DEFENDANTS. | CASE NO. 1:02-cv-367<br>(consolidated with 1:02-cv-359,<br>1:02-cv-388, 1:02-cv-431, and<br>1:02-cv-474) |

## ORDER DISMISSING REAL PROPERTY KNOWN AND
## NUMBERED AS 1055 BELMONT PARK DRIVE, UNION, KENTUCKY

The United States has moved this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing real property known and numbered as 1055 Belmont Park Drive, Union, Boone County, Kentucky ("the subject real property"), which is further described as follows:

GROUP #: 4110

Being all of Lot 4B, a landominium lot, Belmont Park Subdivision, Triple Crown Country Club, Section Eleven (11), Block "B", as shown on Plat Cabinet 3, Slide 590A, of the Boone County Clerk's records at Burlington, Kentucky.

This lot is subject to the terms, conditions and provisions of the Declaration as set forth in Miscellaneous Book 823, Page 64 of said records, and any and all Additions, Amendments, and Supplements thereto, and as from time to time amended.

The United States has agreed to the sale of the subject real property by the record owner, BOC Asset Corporation, to a third party.

No parties or entities have raised an objection to the United States' request for dismissal

of the subject real property. Therefore, this Court hereby

DISMISSES the subject real property, under Fed.R.Civ.P. 41(a)(2), from this consolidated civil forfeiture action without prejudice.

___11/8/04___  
Date

___[signature]___  
S. Arthur Spiegel  
SENIOR UNITED STATES DISTRICT JUDGE