# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **PLAINTIFF,** | : | **CASE NO. 1:02-cv-367** |
| | : | **(consolidated with 1:02-cv-359,** |
| **V.** | : | **1:02-cv-388, 1:02-cv-431, and** |
| | : | **1:02-cv-474)** |
| | : | |
| **REAL PROPERTY KNOWN AND** | : | |
| **NUMBERED AS 2467 LEGENDS WAY,** | : | **JUDGE SPIEGEL** |
| **CRESTVIEW HILLS, KENTON** | : | |
| **COUNTY, KENTUCKY , WITH ALL** | : | |
| **APPURTENANCES, IMPROVEMENTS,** | : | |
| **AND ATTACHMENTS THEREON, et al.,** | : | |
| **DEFENDANTS.** | : | |
| | : | |

## UNITED STATES' MOTION TO DISMISS REAL PROPERTY KNOWN AND NUMBERED AS 8 NORTH GLEN OAK DRIVE, SPRINGBORO, WARREN COUNTY, OHIO

The United States, by and through the undersigned Assistant United States Attorney for the Southern District of Ohio, moves this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing real property Defendant 19 in Case No. 1:02-cv-388, known and numbered as 8 North Glen Oak Drive, Springboro, Warren County, Ohio ("the subject real property"), which is further described as follows:

Section 3, Town 2, Range 5, City of Springboro, County of Warren, Ohio and described as follows:

Lot 1 of Laurel Glen Subdivision, Section I, as recorded in Plat Book 44, Pages 45 and 46 of the Warren County, Ohio Recorders Office.

The record owner of subject real property is AZK, Ltd.

The United States has found that there is no equity remaining in the property which the United States can forfeit.

Therefore, the United States respectfully requests that the Court issue an order dismissing the subject real property from the verified Complaint for Forfeiture in Rem filed with this Court on May 30, 2002.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Donetta.Wiethe @usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served on this 11th day of January, 2005, electronically on:  Richard Boydston; Kent Allen Britt; Susan Grogan Faller; Thomas D. Heekin; Geraldine M. Johnson; Earl K. Messer; James L. Nieberding; Cynthia M. Roselle; Jeffrey S. Rosenstiel; Michael L. Scheier; and Glenn V. Whitaker; and by regular U.S. Mail on the following:

Harry P. Hellings, Jr.                          James T. Hodge
214 East Fourth Street                       Wyatt, Tarrant & Combs, LLP
Covington, Kentucky 41011               250 West Main Street, Suite 1600
                                                        Lexington, Kentucky 40502

2

John R. Kummer
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
P.O. Box 17718
Edgewood, Kentucky 41017

Tamara A. Miano
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Susan J. Moeller
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

John A. Schuh
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Michael T. Sutton
Sutton, Hicks, Lucas, Grayson & Braden
130 Dudley Road
Edgewood, Kentucky 41017

Dennis R. Williams
Adams, Stepner, Woltermann & Gusind
40 West Pike Street
Covington, Kentucky 41012

Bruce R. Schrader, II
Roetzell & Andress
75 East Market Street
Akron, Ohio 44308

s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney