## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| PLAINTIFF, | : | CASE NO. 1:02-cv-367 |
| | : | (consolidated with 1:02-cv-359, |
| V. | : | 1:02-cv-388, 1:02-cv-431, and |
| | : | 1:02-cv-474) |
| | : | |
| REAL PROPERTY KNOWN AND | : | |
| NUMBERED AS 2467 LEGENDS WAY, | : | JUDGE SPIEGEL |
| CRESTVIEW HILLS, KENTON | : | |
| COUNTY, KENTUCKY , WITH ALL | : | |
| APPURTENANCES, IMPROVEMENTS, | : | |
| AND ATTACHMENTS THEREON, et al., | : | |
| DEFENDANTS. | : | |
| | : | |

## RELEASE OF LIS PENDENS

NOTICE is hereby given that the United States of America, as plaintiff, intends to seek dismissal of the real property Defendant 19 in Case No. 1:02-cv-388, known and numbered as 8 North Glen Oak Drive, Springboro, Warren County, Ohio, ("the subject real property"), from the above-styled action in the United States District Court for the Southern District of Ohio. Therefore, the United States hereby releases the Lis Pendens filed on May 31, 2002, with the Clerk of the Warren County Court of Common Pleas, against 8 North Glen Oak Drive, Springboro, Warren County, Ohio, which is further described as follows:

Section 3, Town 2, Range 5, City of Springboro, County of Warren, Ohio and described as follows:

Lot 1 of Laurel Glen Subdivision, Section I, as recorded in Plat Book 44, Pages 45 and 46 of the Warren County, Ohio Recorders Office.

The record owner of the subject real property is AZK, Ltd.

Dated this 11th day of January, 2005.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Donetta.Wiethe @usdoj.gov


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Release of Lis Pendens was served on this

11th day of January, 2005, electronically on:  Richard Boydston; Kent Allen Britt; Susan Grogan

Faller; Thomas D. Heekin; Geraldine M. Johnson; Earl K. Messer; James L. Nieberding; Cynthia

M. Roselle; Jeffrey S. Rosenstiel; Michael L. Scheier; and Glenn V. Whitaker; and by regular

U.S. Mail on the following:


Harry P. Hellings, Jr.
214 East Fourth Street
Covington, Kentucky 41011

John R. Kummer
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
P.O. Box 17718
Edgewood, Kentucky 41017


James T. Hodge
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40502

Tamara A. Miano
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202


2

Susan J. Moeller
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

John A. Schuh
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Michael T. Sutton
Sutton, Hicks, Lucas, Grayson & Braden
130 Dudley Road
Edgewood, Kentucky 41017

Dennis R. Williams
Adams, Stepner, Woltermann & Gusind
40 West Pike Street
Covington, Kentucky 41012

Bruce R. Schrader, II
Roetzell & Andress
75 East Market Street
Akron, Ohio 44308

s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney