UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       : <br>            PLAINTIFF,         : <br>                              : <br>V.                            : <br>                              : <br>REAL PROPERTY KNOWN AND       : <br>NUMBERED AS 2467 LEGENDS WAY, : <br>CRESTVIEW HILLS, KENTON       : <br>COUNTY, KENTUCKY , WITH ALL   : <br>APPURTENANCES, IMPROVEMENTS,  : <br>AND ATTACHMENTS THEREON, et al., : <br>            DEFENDANTS.       : <br>                              : | CASE NO. 1:02-cv-367 <br>(consolidated with 1:02-cv-359, <br>1:02-cv-388, 1:02-cv-431, and <br>1:02-cv-474) |

## ORDER DISMISSING REAL PROPERTY KNOWN AND NUMBERED AS 8 NORTH GLEN OAK DRIVE, SPRINGBORO, WARREN COUNTY, OHIO

The United States has moved this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing real property Defendant 19 in Case No. 1:02-cv-388, known and numbered 8 North Glen Oak Drive, Springboro, Warren County, Ohio ("the subject real property"), which is further described as follows:

> Section 3, Town 2, Range 5, City of Springboro, County of Warren, Ohio and described as follows:
>
> Lot 1 of Laurel Glen Subdivision, Section I, as recorded in Plat Book 44, Pages 45 and 46 of the Warren County, Ohio Recorders Office.

The record owner of the subject real property is AZK, Ltd.

The United States has found that there is no equity remaining in the property which the United States can forfeit.

Therefore, this Court hereby

DISMISSES the subject real property, under Fed.R.Civ.P. 41(a)(2), from this consolidated civil forfeiture action without prejudice.


<u>January 12, 2005</u>                             <u>s/S. Arthur Spiegel                             </u>
Date                                             S. Arthur Spiegel
                                                 SENIOR UNITED STATES DISTRICT JUDGE