## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **PLAINTIFF,** | : | **CASE NO. C-1-02-367** |
| | : | **(consolidated with C-1-02-359,** |
| **V.** | : | **C-1-02-388, C-1-02-431, and** |
| | : | **C-1-02-474)** |
| **REAL PROPERTY KNOWN AND** | : | |
| **NUMBERED AS 2467 LEGENDS WAY,** | : | **SENIOR JUDGE SPIEGEL** |
| **CRESTVIEW HILLS, KENTON** | : | |
| **COUNTY, KENTUCKY , WITH ALL** | : | |
| **APPURTENANCES, IMPROVEMENTS,** | : | |
| **AND ATTACHMENTS THEREON, et al.,** | : | |
| **DEFENDANTS.** | : | |

## PROOF OF PUBLICATION

Attached hereto is the Affidavit in Proof of Publication for the public notice in the above-captioned civil forfeiture action.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Donetta.Wiethe @usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Proof of Publication was served on this 12th

day of July, 2005, electronically on: Susan Moeller Argo, Richard Boydston; Kent Allen Britt;

Susan Grogan Faller; Thomas D. Heekin; Geraldine M. Johnson; Earl K. Messer; James L.

Nieberding; Cynthia M. Roselle; Jeffrey S. Rosenstiel; Michael L. Scheier; Michael Sutton; and

Glenn V. Whitaker; and by regular U.S. Mail on the following:

Harry P. Hellings, Jr.
214 East Fourth Street
Covington, Kentucky 41011

James T. Hodge
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40502

John R. Kummer
Ware, Bryson, West & Kummer, PLLC
157 Barnwood Drive
P.O. Box 17718
Edgewood, Kentucky 41017

Tamara A. Miano
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Mark Florence
Kaufman & Florence
PO Box 280
144 E. Mulberry Street
Lebanon, Ohio 45036

John A. Schuh
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, Ohio 45208

Dennis R. Williams
Adams, Stepner, Woltermann & Gusind
40 West Pike Street
Covington, Kentucky 41012

Bruce R. Schrader, II
Roetzell & Andress
75 East Market Street
Akron, Ohio 44308

s/Donetta D. Wiethe
_____
DONETTA D. WIETHE (0028212)
Assistant United States Attorney