Form Misc. A

# AFFIDAVIT IN PROOF OF PUBLICATION

## U.S. FORFEITURE - CASE #1:02-cv-367

State of Ohio, Hamilton County, ss:

Personally appeared before me, a Notary Public, in and for said state, **ALLEN MARTIN** for the publisher of The Cincinnati Court Index, who, being duly sworn, says that the annexed advertisement was published in the

CINCINNATI COURT INDEX

a newspaper printed and of general circulation in said county, once a week for **3** consecutive weeks, commencing on **May 20, 2005**.

*(signature: Allen Martin)*

$168.00
$1.50
$169.50

PAID 6-2-05
— THANK YOU —
COURT INDEX PRESS, INC.
PER _____
JUN 03 '05

to before me and signed in my presence

_____ Date
*(signature)*
Notary Public, State of Ohio

K H. BEATTY
Public, State of Ohio
Commission Expires
February 23, 2009

RECEIVED
US MARSHAL'S SERVICE
2005 JUN 30 AM 10:39
COLUMBUS, OHIO

**PUBLIC NOTICE:** The United States of America filed civil actions, 1:02-cv-359; 1:02-cv-388, 1:02-cv-431, and 1:02-cv-474 which were consolidated in U.S. District Court, Southern District of Ohio, on June 13, 2002, in Case No. 1:02-cv-367, for the forfeiture of the following defendants under 18 U.S.C. 981(a)(1)(C): 1. $29,026.18 as cash in lieu of real property known as 11100 Harbour Yacht Court, 42-C., Ft. Meyers, FL. 2. Contents of acct. #7043171 in the name of JAMS Properties, LLC as Peoples Bank of Northern KY. 3. Real property known and numbered as 9550 Shore Drive, Unit 839A and 839B, Sands Ocean Club III, Myrtle Beach, Horry County, South Carolina 29572, with all uppurtenances, improvements, and attachments thereon, further described as : UNITS 839-A and 839-B of PHASE III, SANDS OCEAN CLUB, A Horizontal Property Regime established by Master Deed recorded March 13, 1984, in Deed Book 855 at Page 448, records of Horry County, South Carolina, and all Exhibits and Amendments thereto, because the defendants constitute and/or are derived from proceeds traceable to one or more violations of 18 U.S.C. §1344. The Court recognized its jurisdiction by issuing Writs of Entry (1:02-cv-359, June 6, 2002; 1:02-cv-367, May 28, 2002; 1:02-cv-388, June 4, 2002), and by issuing Warrants of Arrest in Rem (1:02-cv-367, August 20, 2002; 1:02-cv-474, July 10, 2002). Any person or entity claiming an interest in any of the defendants must, in conformity with 18 U.S.C. §983(a)(4)(A) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, 28 U.S.C. App., file a verified claim, that is a statement of interest or right against the defendants, within thirty (30) days after this notice, and must file an answer to the complaint within twenty (20) days after filing the claim, each with the Office of the Clerk, U.S. District Court, 103 U.S. Courthouse, 100 E. Fifth St., Cincinnati, OH 45202, and must send a copy of the claim and answer to Assistant U.S. Attorney, Donetta D. Wiethe, 221 E. Fourth St., Suite 400, Cincinnati, OH 45202. A copy of the complaint may be obtained from the Clerk. Any person or entity wishing to petition for remissions or mitigation must deliver within 30 days of actual notice or final publication, whichever occurs first, a petition indicating case 1:02-cv-367, made under the penalty of perjury and otherwise complying with 28 C.F.R. Part 9 to the Attorney General of the United States, c/o U.S. Attorney, 221 E. Fourth St., Suite 400, Cincinnati, OH 45202, Attn.: Donetta D. Wiethe with a copy to the seizing agency: FBI, 550 Main St., Room 9000, Cincinnati, OH 45202, Attn.: Forfeiture Investigator, Patricia Buechel. Cincinnati, Ohio. May 20, 2005.