**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **PLAINTIFF,** | : | **CASE NO. 1:02-cv-367** |
| | : | **(consolidated with 1:02-cv-359,** |
| **V.** | : | **1:02-cv-388, 1:02-cv-431, and** |
| | : | **1:02-cv-474)** |
| **REAL PROPERTY KNOWN AND** | : | |
| **NUMBERED AS 2467 LEGENDS WAY,** | : | |
| **CRESTVIEW HILLS, KENTON** | : | |
| **COUNTY, KENTUCKY , WITH ALL** | : | |
| **APPURTENANCES, IMPROVEMENTS,** | : | |
| **AND ATTACHMENTS THEREON, et al.,** | : | |
| **DEFENDANTS.** | : | |

**DECREE OF FORFEITURE**

This is a civil action in rem brought to enforce 18 U.S.C. § 981(a)(1)(C), which provides

for the forfeiture to the United States of:

> Any property, real or personal, which constitutes or is derived from proceeds
> traceable to a violation of section 215, 471, 472, 473, 474, 476, 477, 478, 479,
> 480, 481, 485, 486, 487, 488, 501, 502, 510, 542, 545, 656, 657, 842, 844, 1005,
> 1006, 1007, 1014, 1028, 1029, 1030, 1032, or 1344 of this title or any offense
> constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this
> title), or a conspiracy to commit such offense.

On May 21, 2002, the United States filed a Complaint for Forfeiture in Rem in 1:02-cv-

359 seeking the forfeiture of real property known and numbered as 11100 Harbour Yacht Court

42-C, Fort Meyers, Florida (1:02-cv-367, Doc. 142)(Doc. 1). The United States has substituted

$29,026.18 from the sale of said real property as cash in lieu ("cash in lieu") for the real property

defendant. On June 28, 2002, the United States filed a Complaint for Forfeiture in Rem in 1:02-

cv-474 against the Contents of Account no. XXX171 in the name of JAMS Properties, LLC at

Peoples Bank of Northern Kentucky in the amount of $12,496.66 ("JAMS account")(Doc. 1).

The defendants are hereinafter collectively referred to as "the subject property."

On June 13, 2002, the Court consolidated 1:02-cv-367 (lead case) with 1:02-cv-359 and

1:02-cv-388 (1:02-cv-359, Doc. 13; 1:02-cv-367, Doc. 7; 1:02-cv-388, Doc. 26).  The Court later added C-1-02-474 as a related case.

The Court recognized its jurisdiction over the subject property by issuing a Writ of Entry (1:02-cv-359, Doc. 9) and by issuing a Warrant of Arrest in Rem (1:02-cv-474, Doc. 3).

The United States gave statutorily and constitutionally sufficient notice of its intent to forfeit the real property known as 11100 Harbour Yacht Court. 42-C., Ft. Meyers Florida, which has been substituted for the cash in lieu, in 1:02-cv-359 by certified mail notice (Docs. 18-21, 28, 29, 35, 39).

The United States gave statutorily and constitutionally sufficient notice of its intent to forfeit the JAMS account in 1:02-cv-474 by certified mail notice (Doc. 10).

John O. Finnan and Susan Finnan and Marc C. Menne and Alice Menne filed claims to the subject property (1:02-cv-367, Docs. 36 and 70, 1:02-cv-474, Doc. 11), and entered into a Consent Judgment of Forfeiture (1:02-cv-367, Doc. 152) with regard to the subject property.

John O. Finnan and Susan Finnan and Marc C. Menne and Alice Menne agreed, individually and on behalf of JAMS Properties, LLC, that all of their right, title, and interest in the cash in lieu would be forfeited to the United States and that they shall have no further interest in the cash in lieu pursuant to the Consent Judgment of Forfeiture (1:02-cv-367, Doc. 152).

John O. Finnan and Susan Finnan and Marc C. Menne and Alice Menne agreed, individually and on behalf of JAMS Properties, LLC, that all of their right, title, and interest in the JAMS account would be forfeited to the United States, and they shall have no further interest in the JAMS account pursuant to the Consent Judgment of Forfeiture (1:02-cv-367, Doc. 152).

The United States published notice of this civil forfeiture action in the <u>Cincinnati Court</u>

2

Index Press, a newspaper of general circulation in the Southern District of Ohio, on May 20, May 27, and June 3, 2005 (Doc. 167).

No other person has filed a claim to the subject property or an answer to the United States' Complaint for Forfeiture in Rem, and the time to do so has expired.

Therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the subject property is CONDEMNED and FORFEITED to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). All right, title, and interest in the subject property is vested in the United States of America and no right, title, or interest shall exist in any other person or entity. The United States Marshals Service shall dispose of the subject property in accordance with the law.


s/S. Arthur Spiegel
S. Arthur Spiegel, Senior Judge
UNITED STATES DISTRICT COURT