UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY KNOWN AND<br>NUMBERED AS 2467 LEGENDS WAY,<br>CRESTVIEW HILLS, KENTON<br>COUNTY, KENTUCKY, WITH ALL<br>APPURTENANCES, IMPROVEMENTS,<br>AND ATTACHMENTS THEREON, et al.,<br>DEFENDANTS. | CASE NO. 1:02-cv-367<br>(consolidated with 1:02-cv-359,<br>1:02-cv-388, 1:02-cv-431, and<br>1:02-cv-474) |

## ORDER DISMISSING 1032 CEDAR BROOK DRIVE, VILLA HILLS, KENTON COUNTY, KENTUCKY

The United States has moved this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing from this consolidated civil forfeiture action the real property known and numbered as 1032 Cedar Brook Drive, Villa Hills, Kenton County, Kentucky ("the subject property"). (Doc 171).

The United States has represented that a Notice of Lien and Release of Lis Pendens has been recorded on the subject property in conformity with the Consent Judgment of Forfeiture (Doc. 152) in this consolidated civil forfeiture case.

No persons other than Marc Menne and Alice Menne have claimed an interest in the subject property. Therefore, this Court hereby

DISMISSES the subject property, under Fed.R.Civ.P. 41(a)(2), from this consolidated civil forfeiture action without prejudice.

9/28/06
Date

S. Arthur Spiegel
SENIOR UNITED STATES DISTRICT JUDGE